# NIXON PEABODY LLP
ATTORNEYS AT LAW

Clinton Square
P.O. Box 31051
Rochester, New York 14603-1051
(585) 263-1000
Fax: (585) 263-1600
Direct Dial: (585) 263-1477
Direct Fax: (866) 947-1007
E-Mail: jschultz@nixonpeabody.com

March 7, 2006

**VIA FACSIMILE**

The Honorable Michael A. Telesca
United States District Court Judge
United States District Court
Western District of New York
100 State Street
Rochester, New York  14614

Re: Govind S. Mudholkar v. The University of Rochester
06-CV-6010(T)(P)

Dear Judge Telesca:

I am writing jointly on behalf of defendant The University of Rochester (the "University"), and plaintiff Govind S. Mudholkar ("Mudholkar"), to request that the Motion Hearing on the University's Motion to Dismiss set for 3/9/2006 be adjourned to 3/20/2006. The facts surrounding this request are as follows:

1. In its Notice of Motion, the University stated that it intended to file reply papers and that plaintiff was required to serve and file opposing papers eight business days before the motion (Local Rule 7.1(c)).

2. On 3/6/2006, the plaintiff filed its opposition papers.

3. After receiving plaintiff's opposition papers, the University telephoned plaintiff's counsel and learned that a miscommunication occurred regarding pre-motion deadlines.

For this reason, counsel jointly request that the Motion Hearing be adjourned to 3/20/2006 and the University be given until 3/15/2006 to file reply papers.

**SO ORDERED**

S/ MICHAEL A. TELESCA

**MICHAEL A. TELESCA**
**United States District Judge**

Respectfully submitted,

Jill K. Schultz

Jill K. Schultz

cc: Theodore S. Kantor, Esq.

R922025\NY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • LOS ANGELES, CA • MANCHESTER, NH • McLEAN, VA • NEW YORK, NY
ORANGE COUNTY, CA • PALM BEACH GARDENS, FL • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC